B6D (Official Form 6D) (12/07)

In re **Brian Scott Kostovick**,                               Case No. _____
              **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Truck | | | _____<br>VALUE $0.00 | | | | 0.00 | 0.00 |
| ACCOUNT NO. **1061100146836**<br>**America's Servicing**<br>**8480 Stagecoach Circle**<br>**Frederick, MD  21701**<br><br>**BWW Law Group**<br>**6003 Executive Blvd Ste 101**<br>**Rockville, MD 20852** | | | **06/01/2005**<br>**Mortgage**<br>**14427 Parkvale Road, Unit 3**<br>**Rockville, MD 20853**<br>_____<br>**VALUE $190,000.00** | | | | 200,536.00 | 10,536.00 |
| ACCOUNT NO.<br>**North Creek Place Condominium**<br>**12011 Lee Jackson Highway, #350**<br>**Fairfax, VA 22033-3314**<br><br>**Lerch Early & Brewer**<br>**Ste 460, 3 Bethesda Metro Center**<br>**Bethesda, MD 20814** | | | **14427 Parkvale Road, Unit 3**<br>**Rockville, MD 20853**<br>_____<br>**VALUE $0.00** | | | | 5,528.15 | 5,528.15 |

0   continuation sheets attached

Subtotal ➢
(Total of this page)        $  206,064.15   $  16,064.15

Total ➢
(Use only on last page)     $  206,064.15   $  16,064.15

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re   **Brian Scott Kostovick**  
　　　　　　　　　Debtor

Case No. _____  
　　　　　　　(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  continuation sheets attached

**B6E (Official Form 6E) (4/10) – Cont.**

In re   **Brian Scott Kostovick**                                ,                    Case No. _____
                             Debtor                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)   $ 0.00   $ 0.00   $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ 0.00   $ 0.00

B6F (Official Form 6F) (12/07)

In re   **Brian Scott Kostovick**                              ,          Case No. _____
                             **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br>**Alex R. Szeles, Inc**  <br>945 East Park Drive, Ste 201  <br>Harrisburg, PA 17111  <br><br>**Daniel Joseph Lopes** | X | J | **Restoration Company** | | | | 27,863.40 |
| ACCOUNT NO. 4888941997304625  <br>**Bank of America**  <br>PO Box 15726  <br>Wilmington, DE 19886 | | | **2/1/2000**  <br>**Charged Off Account** | | | | 3,530.00 |
| ACCOUNT NO. 528942004325  <br>**Capital One Bank Usa**  <br>PO Box 85015  <br>Richmond, VA 23285-5075  <br><br>**Peroutka & Peroutka**  <br>8028 Ritchie Hwy, Ste 300  <br>Pasadena, MD 21122 | | | **9/1/2008**  <br>**Charged Off Account** | | | | 13,950.00 |
| ACCOUNT NO. 2075861  <br>**Carrington Mortgage**  <br>PO Box 2515  <br>Covina, CA 91722 | X | J | **03/01/2005**  <br>**ON MORTGAGE ONLY**  <br>**2 N Main Street**  <br>**Chambersburg, PA 17201** | | | | 76,078.00 |

_4_  Continuation sheets attached

Subtotal ▶  $   **121,421.40**

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brian Scott Kostovick**                     ,             Case No. _____
                         **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 558250861337<br>Chase Bank Usa, Na<br>201 N. Walnut St//De1-1027<br>Wilmington, DE 19801 | | | 10/1/2006<br>Charged Off Account | | | | 20,165.00 |
| ACCOUNT NO. 464018204910<br>Chase Bank Usa, Na<br>201 N. Walnut St//De1-1027<br>Wilmington, DE 19801 | | | 11/1/2008<br>Charged Off Account | | | | 5,626.00 |
| ACCOUNT NO.<br>Daniel Joseph Lopes<br>11114 Rock Road<br>Rockville, MD 20852 | | | Confessed Judgment Prom Note | | | | 60,000.00 |
| ACCOUNT NO. 601100348764<br>Discover Card<br>PO Box 30395<br>Salt Lake City, UT 84130 | | | 9/1/2011<br>Credit Card | | | | 1,703.00 |
| ACCOUNT NO.<br>Donald B Rice Tire Co, Inc<br>1420 Tilco Drive<br>Frederick, MD 21704 | X | J | Services | | | X | 1,100.00 |

4   Continuation sheets attached

Sheet no. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ **88,594.00**

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Brian Scott Kostovick**,  
                    Debtor

Case No. _____  
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 42817 <br> **Fait, Wise & Dilima, LLP** <br> **One Church Street, Ste 800** <br> **Rockville, MD 20850** | | | **attorney services** | | | | 11,773.62 |
| ACCOUNT NO. 5177607459043525 <br> **First Premier** <br> **3820 N Louise Ave** <br> **Sioux Falls, SD 57107** | | | **11/1/2011** <br> **Credit Card** | | | | 594.00 |
| ACCOUNT NO. 5178006394395760 <br> **First Premier** <br> **3820 N Louise Ave** <br> **Sioux Falls, SD 57107** | | | **01/01/2014** <br> **Credit Card** | | | | 394.00 |
| ACCOUNT NO. 05-1C57.136.000000 <br> **Franklin County Tax Claim Bureau** <br> **Tax Collector, County Courthouse** <br> **2 N Main Street** <br> **Chambersburg, PA 17201** | X | J | **2012 Property Tax** <br> **18 W. Queen Street, Chambersburg, PA 17201** | | | | 1,530.35 |
| ACCOUNT NO. 05-1C57.136.000000 <br> **Franklin County Tax Claim Bureau** <br> **Tax Collector, County Courthouse** <br> **2 N Main Street** <br> **Chambersburg, PA 17201** | X | J | **2011 Property Tax** <br> **18 W. Queen Street, Chambersburg, PA 17201** | | | | 1,023.39 |

4   Continuation sheets attached

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 15,315.36

Total > $

(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Brian Scott Kostovick** ,     Case No. _____
                Debtor                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 04-1E09. 100. 000000<br>**Franklin County Tax Claim Bureau**<br>**Tax Collector, County Courthouse**<br>**2 N. Main Street**<br>**Chambersburg, PA  17201** | X | J | **2012 Property Tax**<br>310 S. 2nd Street, Chamberburg, PA 17201 | | | | 2,041.49 |
| ACCOUNT NO.<br>**Quarles Petroleum, Inc**<br>**1701 Fall Hill Ave, Ste 200**<br>**Fredericksburg, VA 22401**<br><br>**Jonathan M. Binstock, Esquire**<br>**2275 Rsearch Blvd, Ste 500**<br>**Rockville, MD 20850** | X | J | **petroleum** | | | X | 11,902.11 |
| ACCOUNT NO. 2770008235434<br>**Select Portfolio Servicing, Inc**<br>**PO Box 2485**<br>**Covina, CA 91722** | X | J | **03/01/2005**<br>**ON MORTGAGE ONLY**<br>310 S. 2nd St, Chambersburg, PA 17201 | | | | 101,085.00 |
| ACCOUNT NO. 2063282701<br>**Sheffield Financial**<br>**PO Box 1704**<br>**Clemmons, NC  27012** | | | **6/1/2010**<br>**Charged Off Account** | | | | 1,047.00 |
| ACCOUNT NO. 6045781001159937<br>**Syncb/amazon Plcc**<br>**4125 Windward Plaza**<br>**Alpharetta, GA  30005** | | | **11/1/2009**<br>**Charge** | | | | 959.00 |

       4   Continuation sheets attached

Sheet no.  3  of  4  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▸ $   **117,034.60**

Total ▸ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **Brian Scott Kostovick** ,                                      Case No. _____
                         **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **The Mayor and Town Council of the Borough of Chambersburg 100 South 2nd Street Chambersburg, PA 17201** | | J | **electric, water and sewer 18 W. Queen Street** | | | | 684.72 |
| ACCOUNT NO. **Tropicana Atlantic City Corp 2831 Boardwalk Atlantic City, NJ 08401-6338** **Richard M. Kind, Esquire One Church Lane Baltimore, MD 21208** | | | **foreign judgment** | | | | 9,252.46 |

            4  Continuation sheets attached

Sheet no.  4  of  4  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ **9,937.18**

Total ▶ $ **352,302.54**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6 - Declaration(Rev. 12/07)                                              2007 USBC, Central District of California

In re **Brian Scott Kostovick**

Case No.:

Debtor. (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **20** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **6/29/2015**

Signature: **s/ Brian Scott Kostovick**
**Brian Scott Kostovick**
Debtor

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*