**B6A (Official Form 6A) (12/07)**

In re: **Brian Scott Kostovick**,                                                         Case No. **15-19124**
            Debtor                                        (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 14427 Parkvale Road, Unit 3 Rockville, MD 20853 | Fee Owner | | $ 190,000.00 | $ 200,536.00 |
| | | Total ➤ | $ 190,000.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re **Brian Scott Kostovick**                                   ,          Case No. **15-19124**
                              Debtor                                                       (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash On Hand** | | **1,000.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank** | | **0.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **BEDROOM #1:  bed, chest, lamps, dresser, tables, TV** | | **465.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **BEDROOM #2:  bed, lamp, dresser, table, TV** | | **315.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **DINING ROOM:  table, chairs** | | **110.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **KITCHEN:  cooking/eating utensils** | | **35.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **LIVING ROOM:  couch, chairs, lamps, table, TV** | | **470.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Pictures** | | **5.00** |
| 6. Wearing apparel. | | **MEN'S CLOTHING:  boots, jackets, pants, shirts, socks, suit, sweaters, swimsuits, ties, shoes** | | **140.00** |
| 7. Furs and jewelry. | | **Jewelry:  bracelet, necklace, ring** | | **275.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Firearms:  9mm Star; Beretta .22** | | **175.00** |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **First 1 Class Towing and Recovery, LLC** | | **1.00** |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Brian Scott Kostovick**                               ,   Case No. **15-19124**
Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Cadillac Deville 98,000 miles | | 1,511.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Ford F650 | J | 16,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **Brian Scott Kostovick**                        ,          Case No.  **15-19124**
               Debtor                                                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

         __2__  continuation sheets attached          Total ➢      **$ 20,502.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re   **Brian Scott Kostovick**                                      ,    Case No.   **15-19124**
                          Debtor                                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                   $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| **2000 Cadillac Deville 98,000 miles** | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5) | 1,511.00 | 1,511.00 |
| **2008 Ford F650** | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5) | 2,300.00 | 16,000.00 |
|  | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(1) | 5,000.00 |  |
|  | Md. Code Ann., Cts. & Jud. Proc. §11-504(f)(1)(I) | 5,000.00 |  |
| **BEDROOM #1:  bed, chest, lamps, dresser, tables, TV** | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 465.00 | 465.00 |
| **BEDROOM #2:  bed, lamp, dresser, table, TV** | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 315.00 | 315.00 |
| **Cash On Hand** | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5) | 1,000.00 | 1,000.00 |
| **DINING ROOM:  table, chairs** | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 110.00 | 110.00 |
| **Firearms:  9mm Star; Beretta .22** | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5) | 175.00 | 175.00 |
| **First 1 Class Towing and Recovery, LLC** | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5) | 1.00 | 1.00 |
| **Jewelry:  bracelet, necklace, ring** | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5) | 275.00 | 275.00 |
| **KITCHEN:  cooking/eating utensils** | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 35.00 | 35.00 |
| **LIVING ROOM:  couch, chairs, lamps, table, TV** | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 70.00 | 470.00 |
|  | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5) | 400.00 |  |
| **MEN'S CLOTHING:  boots, jackets, pants, shirts, socks, suit, sweaters, swimsuits, ties, shoes** | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5) | 140.00 | 140.00 |
| **Pictures** | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 5.00 | 5.00 |

\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6G (Official Form 6G) (12/07)

In re: **Brian Scott Kostovick**                                     ,     Case No. **15-19124**
              *Debtor*                                                                      *(If known)*

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **Brian Scott Kostovick**                              , Case No. **15-19124**
                          **Debtor**                                                              (If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Daniel Joseph Lopes**<br>**11114 Rock Road**<br>**Rockville, MD 20852** | **Alex R. Szeles, Inc**<br>**945 East Park Drive, Ste 201**<br>**Harrisburg, PA 17111** |
| **Daniel Joseph Lopes**<br>**11114 Rock Road**<br>**Rockville, MD 20852** | **Carrington Mortgage**<br>**PO Box 2515**<br>**Covina, CA 91722** |
| **First 1 Class Towing & Recovery, LL**<br>**14427 Parkvale Rd, Unit 3**<br>**Rockville, MD 20853** | **Donald B Rice Tire Co, Inc**<br>**1420 Tilco Drive**<br>**Frederick, MD 21704** |
| **Daniel Joseph Lopes**<br>**11114 Rock Road**<br>**Rockville, MD 20852**<br><br>**Daniel Joseph Lopes**<br>**11114 Rock Road**<br>**Rockville, MD 20852-2414**<br><br>**Daniel Joseph Lopes**<br>**11114 Rock Road**<br>**Rockville, MD 20852** | **Franklin County Tax Claim Bureau**<br>**Tax Collector, County Courthouse**<br>**2 N. Main Street**<br>**Chambersburg, PA  17201**<br><br>**Franklin County Tax Claim Bureau**<br>**Tax Collector, County Courthouse**<br>**2 N Main Street**<br>**Chambersburg, PA 17201** |
| **First 1 Class Towing & Recovery, LL**<br>**14427 Parkvale Road, Unit 3**<br>**Rockville, MD 20853** | **Quarles Petroleum, Inc**<br>**1701 Fall Hill Ave, Ste 200**<br>**Fredericksburg, VA 22401** |
| **Daniel Joseph Lopes**<br>**11114 Rock Road**<br>**Rockville, MD 20852** | **Select Portfolio Servicing, Inc**<br>**PO Box 2485**<br>**Covina, CA 91722** |

B6I (Official Form 6I) (12/07)

In re **Brian Scott Kostovick**                                    Case No.   **15-19124**
                        **Debtor**                                                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|---|
| | | RELATIONSHIP(S): **daughter** | AGE(S): **5** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Owner/Operator** | |
| Name of Employer | **First 1 Class Towing and Recovery, LLC** | |
| How long employed | **06/06 - Present** | |
| Address of Employer | **14427 Parkvale Road, Unit 3, Rockville, MD 20853** | |

INCOME: (Estimate of average or projected monthly income at time case filed)                                     DEBTOR            SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ |
| 2. Estimate monthly overtime | $ 0.00 | $ |
| 3. SUBTOTAL | $ 0.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ |
| b. Insurance | $ 0.00 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other (Specify) _____ | $ 0.00 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 9,180.00 | $ |
| 8. Income from real property | $ 0.00 | $ |
| 9. Interest and dividends | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ |
| 11. Social security or other government assistance (Specify) _____ | $ 0.00 | $ |
| 12. Pension or retirement income | $ 0.00 | $ |
| 13. Other monthly income (Specify) _____ | $ 0.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 9,180.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 9,180.00 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 9,180.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**NONE**

B6I (Official Form 6I) (12/07) - Cont.

In re  **Brian Scott Kostovick**                                    Case No.  **15-19124**
                            **Debtor**                                                       *(If known)*

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

B6I (Official Form 6I) (12/07) - Cont.

In re  **Brian Scott Kostovick**                                    Case No.  **15-19124**
                            **Debtor**                                                       *(If known)*

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

B6J (Official Form 6J) (12/07)

In re **Brian Scott Kostovick**, Case No. **15-19124**
Debtor                                             (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,571.00 |
| a. Are real estate taxes included? Yes ✓ No | | |
| b. Is property insurance included? Yes   No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 125.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 0.00 |
| d. Other **cable, internet** | $ | 229.00 |
| **water, sewer, security, condo fee** | $ | 364.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 434.00 |
| 5. Clothing | $ | 25.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 25.00 |
| 8. Transportation (not including car payments) | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 79.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other **Promissory Note** | $ | 500.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 499.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 7,312.00 |
| 17. Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 11,463.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 9,180.00 |
| b. Average monthly expenses from Line 18 above | $ | 11,463.00 |
| c. Monthly net income (a. minus b.) | $ | -2,283.00 |

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## District of Maryland

In re **Brian Scott Kostovick**,
Debtor

Case No. **15-19124**

Chapter **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 190,000.00 | | |
| B - Personal Property | YES | 3 | $ 20,502.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 206,064.15 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $ 352,302.54 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 9,180.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $ 11,463.00 |
| TOTAL | | 19 | $ 210,502.00 | $ 558,366.69 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Brian Scott Kostovick**
　　　　　　　　　　Debtor

Case No. **15-19124**
　　　　　　(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **21** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **7/10/2015**　　　　　　　　　　Signature: **s/ Brian Scott Kostovick**
　　　　　　　　　　　　　　　　　　　　　　　　　**Brian Scott Kostovick**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

[If joint case, both spouses must sign]

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.